IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH GARCIA,

    Plaintiff,

v.

J. ODDO, Warden,

    Defendant.

CIVIL ACTION NO. 3:CV-15-1389

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 4th day of February, 2016, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 14.) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 14). is **ADOPTED in its entirety**;

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1.) is **DENIED and DISMISSED**;

(3) A certificate of appealability will not be issued;

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

A. Richard Caputo
United States District Judge